GARDINER STEWART, Respondent, *v.* ARTHUR L. GARFORD, Appellant.

*Stewart* v. *Garford*, 135 App. Div. 919, affirmed.
(Argued May 2, 1911; decided May 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 3, 1910, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover on a promissory note.

*John W. Ingram* and *Frank E. Bradley* for appellant.

*Gilbert H. Montague* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.